**GAUGER–KORSMO CONSTRUCTION CO. et al., Appellants, v. W. H. DWIGGINS, etc., Appellee.**

Circuit Court of Appeals, Eighth Circuit.
September 10, 1928.

No. 8321.

Buzbee, Pugh & Harrison, of Little Rock, Ark., for appellants.

Sam T. Poe and Tom Poe, both of Little Rock, Ark., for appellee.

PER CURIAM. Appeal docketed and dismissed, with costs, on motions of appellee, under rule 16.

**Martha GEYER et al., Appellants, v. PENN-SYLVANIA RAILROAD COMPANY, Appellee.**

Circuit Court of Appeals, Third Circuit. October 31, 1928.

No. 3821.

Ward & McGinnis, Louis C. Friedman, and Peter J. McGinnis, all of Paterson, N. J., for appellants.

John A. Hartpence, of Jersey City, N. J., for appellee.

Before WOOLLEY and DAVIS, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM. Affirmed, on the general law of negligence and contributory negligence, as applied in Feil v. Railroad Co., 77 N. J. Law, 502, 505, 72 A. 362, Kingsley v. Railroad Co., 81 N. J. Law, 536, 546, 80 A. 327, 35 L. R. A. (N. S.) 338, Twersky v. Railroad Co., 261 Pa. 6, 104 A. 63, and Dwyer v. Railroad Co., 47 N. J. Law, 9.

**Robert H. HOGG, Appellant, v. UNITED STATES, Appellee. Carl FLACK, alias Carl Aiken, Appellant, v. UNITED STATES, Appellee. W. L. RALSTON, Appellant, v. UNITED STATES, Appellee.**

Circuit Court of Appeals, Fifth Circuit. October 22, 1928.

Nos. 5338, 5339, 5392.

Paul Lindsay, of Atlanta, Ga., for appellants in Nos. 5338 and 5339.

J. W. Henley, Asst. U. S. Atty., of Atlanta, Ga. (J. M. Johnson Asst. U. S. Atty., of Atlanta, Ga., on the brief), for appellee in Nos. 5338 and 5339.

William Boyd Sloan, of Gainesville, Ga. (B. P. Gaillard, Jr., of Gainesville, Ga., on the brief), for appellant in No. 5392.

C. P. Goree, Asst. U. S. Atty., and J. W. Henley, Asst. U. S. Atty., both of Atlanta, Ga. (J. M. Johnson, Asst. U. S. Atty., of Atlanta, Ga., on the brief), for appellee in No. 5392.

Before WALKER and BRYAN, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM. The assignments of error in each of these cases are based solely on the denial of motions for new trials, and therefore present no question for review here.

The judgment in each case is affirmed.

**HUSCH BROTHERS, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.**

Circuit Court of Appeals, Eighth Circuit.
August 31, 1928.

No. 346 Orig.

Milton P. Firestone and Maurice W. Stoffer, both of St. Paul, Minn., for petitioner.

Mabel Walker Willebrandt, Asst. Atty. Gen., C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and L. W. Scott, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for respondent.

PER CURIAM. Petition to review dismissed, without costs to either party in this court, per stipulation of parties.